# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CARDELL CHRISTOPHER                                                            PETITIONER
ADC #146436

V.                              NO. 5:14CV00007 BSM/JTR

RAY HOBBS, Director,                                                           RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations, are procedurally defaulted due to Petitioner's failure to properly raise them in state court, or were waived by his guilty plea. *Doc. #9*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before May 5, 2014,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 7th DAY OF April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE