# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CARDELL CHRISTOPHER**                                                **PETITIONER**
**ADC #146436**

**v.**                    **CASE NO. 5:14CV00007 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                   **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 2] filed by Cardell Christopher is dismissed with prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Christopher has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 29th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE